ROXANNA J. SLEEPER, Respondent, *v.* SIDNEY S. SLEEPER, Appellant.

(Argued March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1892, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Adelbert Moot* for appellant.

*Wallace Thayer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELIZA J. MURRAY, Appellant, *v.* CATHARINE MOLLOY et al., Respondents.

(Submitted March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 10, 1892, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*S. S. Hemingway* for appellant.

*Frederick Cobb* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.